UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:19-cv-09610-PAE

JANE DOE 17,

    Plaintiff,

v.

DARREN K. INDYKE AND
RICHARD D. KAHN, AS JOINT
PERSONAL REPRESENTATIVES OF
THE ESTATE OF JEFFREY E. EPSTEIN,
NINE EAST 71st STREET CORPORATION,
LAUREL, INC., FINANCIAL TRUST COMPANY,
INC., NES, LLC, MAPLE, INC., LSJE, LLC,
HBRK ASSOCIATES, INC., NAUTILUS, INC.,
CYPRESS, INC. and JEGE, INC.

    Defendants.

_____/

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY

Upon the motion of Plaintiff for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

ORDERED that Plaintiff's Motion for Leave to Proceed Anonymously be GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2019