

Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

January 10, 2020

**ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:**   *Jane Doe 17 v. Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, et al.,* **1:19-cv-09610-PAE-DCF**; Status Report

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, Nine East 71st Street Corporation, Laurel, Inc., Financial Trust Company Inc., NES, LLC, Maple, Inc., LSJE, LLC, HBRK Associates, Inc., Nautilus, Inc., Cypress, Inc., and JEGE, Inc. (together, "Defendants"; and Defendants together with Plaintiff Jane Doe 17, the "Parties") in the referenced action.  We provide this status report on behalf of all Parties.

Per the Parties' Stipulation So Ordered on January 9, 2020 (ECF No. 39), the Court has stayed this action pending Plaintiff's participation in the Epstein Victims' Compensation Program.

Respectfully submitted,

*s/Bennet J. Moskowitz*
Bennet J. Moskowitz

40985322v1